# East Baton Rouge Parish Clerk of Court Docket Report Results

**Report Selection Criteria**

**Case ID:**      C659779

**Docket Start Date:**

**Docket Ending Date:**

**Case Description**

**Case ID:**    C659779 - REBECCA BELLUE VS EBR SHERRIFF ETAL - *NON JURY-*

**Filing Date:** Friday, July 21, 2017

**Type:**      DM - Damages

**Status**      3181 - Signed

**Charges**

| |
|---|
| *No charges were found.* |

**Related Cases**

| |
|---|
| *No related cases were found.* |

**Case Event Schedule**

| |
|---|
| *No case events where found.* |

**Case Parties**

| Seq # | Assoc | End Date | Type | ID | Name | Race | Sex | Birth Date |
|---|---|---|---|---|---|---|---|---|
| 1 | 4 | | Plaintiff | @1370862 | **BELLUE, REBECCA** | | | |
| **Address:** | THRU CHARLOTTE MCDANIEL ATY 16851 JEFFERSON HWY STE 6B BATON ROUGE LA 70817 | | | | **Aliases:** *none* | | | |
| | | | | | | | | |
| 2 | | | Defendant | @1370863 | **EAST BATON ROUGE SHERIFF** | | | |
| **Address:** | THRU SID GEAUTREAUX 8900 JIMMY WEDELL DR BATON ROUGE LA 70807 | | | | **Aliases:** *none* | | | |
| | | | | | | | | |
| 3 | | | Judge | SD | **CLARK, HON JANICE** | | | |
| **Address:** | 19TH JUDICIAL DISTRICT COURT 300 NORTH BLVD, RM 10A BATON ROUGE LA 70802 (225)389-5012 | | | | **Aliases:** *none* | | | |
| | | | | | | | | |

| 4 | | | | Attorney | BR26411 | MCGEHEE, CHARLOTTE C | | | |
|---|---|---|---|---|---|---|---|---|---|
| Address: | 16851 JEFFERSON HWY STE 6B BATON ROUGE LA 70817 | | | | | Aliases: | *none* | | |

| 5 | | | | Defendant | @1370866 | OFFICE OF THE MAYOR | | | |
|---|---|---|---|---|---|---|---|---|---|
| Address: | THRU SHARON BROOM AGT 222 ST LOUIS ST 3RD FLR BATON ROUGE LA 70820 | | | | | Aliases: | *none* | | |

## Docket Entries

| Filing Date | Description | Name | Party Association |
|---|---|---|---|
| 21-Jul-2017 09:36 AM | PET/DAMAGES W/JURY REQUEST | MCGEHEE, CHARLOTTE C | BELLUE, REBECCA |
| **Entry:** | *none* | | |
| **Image:** | Image Available - 🖹 | **Microfilm #:** | S/R 07/27 |
| 21-Jul-2017 09:37 AM | ATTACH/EXHIBITS(W/COST) | MCGEHEE, CHARLOTTE C | BELLUE, REBECCA |
| **Entry:** | *none* | | |
| **Image:** | Image Available - 🖹 | **Microfilm #:** | S/R 07/27 |
| 27-Jul-2017 08:41 AM | CITATION | MCGEHEE, CHARLOTTE C | BELLUE, REBECCA |
| **Entry:** | *none* | | |
| **Image:** | Image Available - 🖹 | **Microfilm #:** | |
| 27-Jul-2017 08:43 AM | CITATION | MCGEHEE, CHARLOTTE C | BELLUE, REBECCA |
| **Entry:** | *none* | | |
| **Image:** | Image Available - 🖹 | **Microfilm #:** | |
| 28-Jul-2017 03:43 PM | SERVICE INFORMATION | | |
| **Entry:** | Citation/MS/EBR DATE_SERVED: 7/28/2017 12:00:00 AM SERVICE TYPE: Personal Service PARTY SERVED: EAST BATON ROUGE SHERIFF SERVED BY: EAST BATON ROUGE PARISH SHERIFFS OFFICE | | |
| **Image:** | Image Available - 🖹 | **Microfilm #:** | |
| 01-Aug-2017 09:07 AM | SERVICE INFORMATION | | |
| **Entry:** | Citation/MS/EBR DATE_SERVED: 7/31/2017 12:00:00 AM SERVICE TYPE: Personal Service PARTY SERVED: OFFICE OF THE MAYOR SERVED BY: EAST BATON ROUGE PARISH SHERIFFS OFFICE | | |
| **Image:** | Image Available - 🖹 | **Microfilm #:** | |
| 04-Aug-2017 09:38 AM | PET/AMENDED AND/OR SUPP | MCGEHEE, CHARLOTTE C | BELLUE, REBECCA |

STATE COURT RECORD-000002

| | | | |
|---|---|---|---|
| **Entry:** | *none* | | |
| **Image:** | Image Available - 🖺 | **Microfilm #:** | S/R 08/15 |
| | | | |
| 04-Aug-2017 09:39 AM | JUDGMENT/PARTIAL DISMISSAL | MCGEHEE, CHARLOTTE C | BELLUE, REBECCA |
| **Entry:** | PLAINTIFF DISMISSING MAYOR-PRESIDENT SHARON WESTON BROOME ONLY | | |
| **Image:** | | **Microfilm #:** | CP/JDG 08/8/17 |
| | | | |
| 11-Aug-2017 03:08 PM | Signed | MCGEHEE, CHARLOTTE C | BELLUE, REBECCA |
| **Entry:** | MOTION AND ORDER FOR VOLUNTARY DISMISSAL OF MAYOR/ PRESIDENT SIGNED THIS DATE. | | |
| **Image:** | | **Microfilm #:** | |
| | | | |
| 15-Aug-2017 11:48 AM | CIT/SUPP & AMEND | MCGEHEE, CHARLOTTE C | BELLUE, REBECCA |
| **Entry:** | *none* | | |
| **Image:** | Image Available - 🖺 | **Microfilm #:** | |
| | | | |
| 15-Aug-2017 11:51 AM | CIT/SUPP & AMEND | MCGEHEE, CHARLOTTE C | BELLUE, REBECCA |
| **Entry:** | *none* | | |
| **Image:** | Image Available - 🖺 | **Microfilm #:** | |
| | | | |
| 15-Aug-2017 11:52 AM | CIT/SUPP & AMEND | MCGEHEE, CHARLOTTE C | BELLUE, REBECCA |
| **Entry:** | *none* | | |
| **Image:** | Image Available - 🖺 | **Microfilm #:** | |
| | | | |
| 17-Aug-2017 08:35 AM | CIT/SUPP & AMEND | MCGEHEE, CHARLOTTE C | BELLUE, REBECCA |
| **Entry:** | *none* | | |
| **Image:** | Image Available - 🖺 | **Microfilm #:** | |
| | | | |
| 17-Aug-2017 02:27 PM | SERVICE INFORMATION | | |
| **Entry:** | Cit/Supp and Amended DATE_SERVED: 8/17/2017 12:00:00 AM SERVICE TYPE: Personal Service PARTY SERVED: SHERIFF SID GEAUTREAUX SERVED BY: EAST BATON ROUGE PARISH SHERIFFS OFFICE | | |
| **Image:** | Image Available - 🖺 | **Microfilm #:** | |
| | | | |
| 23-Aug-2017 10:44 AM | SERVICE INFORMATION | | |
| **Entry:** | Cit/Supp and Amended DATE_SERVED: 8/17/2017 12:00:00 AM SERVICE TYPE: Personal Service PARTY SERVED: OFFICE OF THE MAYOR SERVED BY: EAST BATON ROUGE PARISH SHERIFFS OFFICE | | |
| **Image:** | Image Available - 🖺 | **Microfilm #:** | |

STATE COURT RECORD-000003

| 23-Aug-2017 10:50 AM | SERVICE INFORMATION | | |
|---|---|---|---|
| Entry: | CIT/SUPP & AMENDED DATE_SERVED: 8/17/2017 12:00:00 AM SERVICE TYPE: Personal Service PARTY SERVED: CAPTAIN ELEANOR T STEWART, PERSONAL SERVICE SERVED BY: EAST BATON ROUGE PARISH SHERIFFS OFFICE | | |
| Image: | Image Available - 📄 | Microfilm #: | |

*- record searched on 8/24/2017 8:06:18 AM for user "Public User" -*

▶Search Home          ▶New Search          ▶Report Selection          ▶Case Description
▶Related Cases        ▶Event Schedule      ▶Case Parties            ▶Docket Entries

STATE COURT RECORD-000004

REBECCA BELLUE                              NUMBER:          SECTION:

VERSUS                                      *659779*

EAST BATON ROUGE SHERIFF, SID
GEAUTREAUX IN HIS OFFICIAL          19th JUDICIAL DISTRICT COURT
CAPACITY AS SHERIFF, AND MAYOR
SHARON WESTON BROOM IN HER OFFICIAL
CAPACITY AS MAYOR PRESIDENT          PARISH OF EAST BATON ROUGE

                                            STATE OF LOUISIANA       COST OK $ *900.*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *  JUL 21 2017

                                                                    *ck# 3164*
                                                                    DEPUTY CLERK OF COURT

## PETITION FOR DAMAGES

NOW INTO COURT, through the undersigned counsel, comes REBECCA BELLUE

who respectfully requests redress for the following reasons, to-wit:

1.

### Jurisdiction and Venue

The jurisdiction of this Honorable Court is invoked Pursuant to 28 USC § 1331 "Federal

Question" and accordingly plaintiff specifically seeks relief pursuant to the Title VII of the Civil

Rights Act of 1964 for damages as well as overall state law claims.

2.

Venue is proper pursuant to 28 USC § 1391 (b)(1) in that the defendant, EAST BATON

ROUGE SHERIFF'S OFFICE, is located in East Baton Rouge which lies within the jurisdiction

of this Court.

3.

### Parties

**PLAINTIFF:**

Rebecca Bellue, a major domiciled in the Parish of East Baton Rouge, State of Louisiana.

4.

**DEFENDANTS:**

Sheriff, Sid Geautreaux East Baton Rouge Sheriff's Office, a political subdivision of the

State of Louisiana, located in the parish of East Baton Rouge.

5.

### GENERAL ALLEGATIONS

The East Baton Rouge Sheriff's Office was the employer of Rebecca Bellue.    **REC'D C.P.**

6.                                              **JUL 26 2017**

1

Ms. Bellue was subjected to sexual harassment and discrimination by her supervisor, Tommy Cole, and racial discrimination by her supervisor, Captain Eleanor T. Stewart while employed at the East Baton Rouge Sheriff's Office.

7.

Ms. Bellue was also retaliated against by the East Baton Rouge Sheriff's Office when she reported the harassment and discrimination to the Internal Affairs Department and was removed from her position and ultimately fired by the Sheriff's Office.

8.

SPECIFIC FACTS REGARDING EMPLOYMENT OF REBECCA BELLUE:

9.

Ms. Bellue began her employment with the Sheriff's Office in or around August of 1991.

10.

Following an injury that required her to be absent from work, Ms. Bellue was released by Dr. Comeaux to return to work on March 2, 2015.

11.

At or around this time, Ms. Bellue sent a letter to Human Resources requesting a change in her job duties due to the responsibilities Ms. Bellue had involving the care of her elderly mother and young children.

12.

At or around March 4, 2015, Ms. Bellue was informed that she was being transferred to the "Communications" department and that Captain Eleanor Stewart would be her new supervisor.

13.

Ms. Bellue started working at Communications along with four other individuals, all of whom were African-American.

14.

The other four individuals all received the benefit of an eight-week training program prior to being assigned to a shift.

15.

Ms. Bellue did not receive the same eight-week training program that the other, African-American individuals received, and was instead immediately assigned to a shift.

2

16.

Ms. Bellue was assigned to Lieutenant Tommy Coles's shift while working at Communications.

17.

While working in Communications, Ms. Bellue received multiple unwanted, unprovoked, and uncomfortable flirtatious communications from Lieutenant Cole.

18.

On March 19, 2015, Ms. Bellue received a text message from Lieutenant Cole in which he reminded her that Friday would be a "free dress" day, along with a winking smiley face.

19.

On March 20, 2015, Lieutenant Cole remarked to Ms. Bellue about how nice she looked and spoke with her for an extended period of time.

20.

On April 2, 2015, Ms. Bellue once again received a text message from Lieutenant Cole in which he reminded her that Friday would be a "free dress" day, and included a winking smiley face.

21.

On April 21, 2015, Ms. Bellue sent a text message to Lieutenant Cole, asking him to return her call when he had an opportunity and apologized for bothering him.

22.

On April 21, 2015, in response to Ms. Bellue's text message to Lieutenant Cole, he responded "Oh, you could never be a bother" and included a smiley face.

23.

On or about May 2015, Ms. Bellue brought the recent actions of Lieutenant Cole to Captain Stewart.

24.

On May 17, 2015, Ms. Bellue received a text message from Lieutenant Cole in which he offered to submit a timesheet for her and again included a smiley face.

25.

On June 28, 2015, Ms. Bellue received a negative work evaluation from Lieutenant Cole in which he became very irate and flailed his hands in the air after she refused to comment on the

3

evaluation.

26.

At or about this same time, Ms. Bellue received another evaluation from a different supervisor in which she was given a positive evaluation of her work.

27.

On or about June 28, 2015, Ms. Bellue, after feeling threatened by Lieutenant Cole's actions during her evaluation, requested a meeting with Captain Stewart to discuss the incident.

28.

On or about June 28, 2015, Ms. Bellue met with Captain Stewart to discuss the discrepancy between the negative report she received from Lieutenant Cole and the positive evaluation she received from Pam Moran.

29.

At this meeting, Ms. Bellue informed Captain Stewart that she felt as though Lieutenant Cole was trying to provoke a fight with her during her evaluation.

30.

Ms. Bellue was told by Captain Stewart that she was being paranoid with respect to her interaction with Lieutenant Cole.

31.

On July 13, 2015, several men were having an inappropriate conversation regarding vaginas in the presence of Ms. Bellue and Lieutenant Cole, and he did nothing to stop the conversations.

32.

Throughout the month of August, 2015, Ms. Bellue informed Lieutenant Candace Brown that on numerous occasions, Lieutenant Cole was lingering around the office as if waiting for Ms. Bellue to arrive to or leave from work.

33.

On September 9, 2015, Ms. Bellue, feeling as though she was being stalked by Lieutenant Cole, sought permission to begin waiting in the parking lot for Lieutenant Cole to leave before she herself would enter the building.

34.

On September 10, 2015, Ms. Bellue again met with Captain Stewart and Lieutenant

4

Brown to report that she felt she was being harassed and stalked by Lieutenant Cole.

35.

On September 16, 2016, Ms. Bellue met with Rhys Flynn of the East Baton Rouge Sheriff's Office Internal Affairs Division to report that she felt as though she was being harassed and stalked by Lieutenant Cole.

36.

On September 21, 2015, Ms. Bellue received a call from Captain Stewart, informing her that Lawrence McLeary wanted to meet with her on September 22, 2015.

37.

On September 22, 2015, Ms. Bellue was fired from the East Baton Rouge Sheriff's Office.

38.

**FIRST CLAIM FOR RELIEF**

Plaintiffs seek relief for Discrimination pursuant 42 USC § 1981 *et seq.*

39.

**SECOND CLAIM FOR RELIEF**

Plaintiff seeks relief under 42 USC § 1981(a) for violation of their V and XIV Amendment rights.

40.

**THIRD CLAIM FOR RELIEF**

Plaintiff seek relief in form of attorneys fees and cost pursuant to Federal and Louisiana law, and punitive damages pursuant to 42 USC § 1981 *et seq.*

41.

**FOURTH CLAIM FOR RELIEF**

Plaintiff seek relief under Title VII or 42 USC § 2000e et seq., for which an administrative complaint has been administratively filed, and a right to sue has been issued for Ms. Bellue, see exhibit "A".

42.

5

## FIFTH CLAIM FOR RELIEF

Harassment and intentional infliction of emotional distress (Claim VII) for all damages arising therefrom pursuant to La. C.C. art. 2315, La. R.S. 23:631 for wages and Plaintiff seeks relief pursuant to La. R.S. 23:301*et seq.* for gender and/or sex discrimination, hostile work environment Plaintiff seeks relief under La. R.S. 23:332 *et seq.* for gender and/or sex discrimination, hostile work environment. Plaintiff seek relief in form of attorneys fees and cost pursuant to La. R.S. 23:303 and wage penalties and attorney fees pursuant to La. R.S. 23:631. Mrs. Beasley was retaliated against in violation of Louisiana law.

This claim is supplemental and incidental to and forms part of an ongoing, and arises out of the same, transaction or occurrence or common course of events as set forth in the original complaint for which remedy(ies) lies under federal law and the Constitution of the United States.

43.

## SIXTH CLAIM FOR RELIEF

Ms. Bellue was retaliated against in violation of Title VII or 42 USC § 2000e et seq for reporting sexual harassment and assault.

44.

## SEVENTH CLAIM FOR RELIEF

Plaintiffs seek relief for violation of Louisiana's Anti-discrimination Act La. R.S. 23:301, *et seq* and retaliation.

45.

Plaintiffs pray for jury trial on all issues.

46.

Plaintiff prays for all relief which may be granted under state and federal law or equity including punitive damages and attorney fees and costs.

**WHEREFORE,** Plaintiff prays that Defendants be cited to appear and answer and that after resolution of this matter that this Court enter Judgment in favor of Plaintiff against defendants with legal interest from the date of demand as follows:

(1)     Lost back and front pay and all other lost employment benefits;

(2)     For emotional and mental distress, pain and suffering, humiliation, embarrassment and loss of employment opportunity;

(3)     Medical and pharmaceutical bills and services past, present and future;

6

(4)     All litigation expenses and penalty wages and punitive damages;

(5)     For attorney's fees and for costs as may be allowable by law;

(6)     For all property damage and expenses incurred in this matter;

(7)     For such other relief that the Court may deem just, equitable or proper.

Judicial.

RESPECTFULLY SUBMITTED BY:

Charlotte C. McDaniel McGehee (26411)
Ryan M. Nolan (37244)
Charlotte C. McDaniel McGehee APLC
16851 Jefferson Highway, Ste. 6B
Baton Rouge, Louisiana. 70817
Telephone: (225) 389-6711
Fax: (225) 372 – 2607
Email: Charlotte@mcdanielmcgehee.com

**Please Serve:**

**Mayor Sharon Weston Broom**
Office of the Mayor
222 St. Louis St. 3rd Floor
Baton Rouge, LA. 70820

**Sheriff Sid Geatreaux**
8900 Jimmy Wedell Drive
Baton Rouge, LA 70807

CERTIFIED TRUE AND
CORRECT COPY

JUL 2 7, 2017

East Baton Rouge Parish
Deputy Clerk of Court

7

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Rebecca E. Beilue
36827 Walker North Road
Walker, LA 70785

From: New Orleans Field Office
Hale Boggs Federal Building
500 Poydras Street, Room 809
New Orleans, LA 70130

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 461-2016-00850 | Ligita D. Landry, Supervisory Investigator | (504) 595-2876 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Keith T. Hill,
Director

APR 2 4 2017
(Date Mailed)

closures(s)

Kellie Jolivette
Human Resources Director
East Baton Rouge Parish Sheriff's Office
8900 Jimmy Wedell Drive
Baton Rouge, LA 70807

Mary G. Erlingson
Attorney
301 Main Street
Suite 2110
Baton Rouge, LA 70801


EXHIBIT A

$|05$

2402-17-011614

# CITATION

**REBECCA BELLUE**
(Plaintiff)

vs.

**EAST BATON ROUGE SHERIFF ET AL**
(Defendant)

NUMBER  C659779 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    **EAST BATON ROUGE SHERIFF**
**THRU SID GEATREAUX**
**8900 JIMMY WEDELL DR**
**BATON ROUGE, LA 70807**

GREETINGS:

Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **27-JUL-2017.**

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: CHARLOTTE C MCGEHEE**

*The following documents are attached:
PETITION FOR DAMAGES

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:    $_____
MILEAGE    $_____        _____
TOTAL:      $_____            Deputy Sheriff
                                  Parish of East Baton Rouge

CITATION - 2402



EBR4280524

RECEIVED
JUL 28 2017
E.B.R. SHERIFF'S OFFICE

2402-17-011615

# CITATION

REBECCA BELLUE
(Plaintiff)

vs.

**EAST BATON ROUGE SHERIFF ET AL**
(Defendant)

NUMBER  C659779 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    OFFICE OF THE MAYOR
       THRU MAYOR SHARON WESTON BROOM
       222 ST LOUIS ST., 3RD FLOOR
       BATON ROUGE, LA 70820

GREETINGS:

    Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

    You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

    This citation was issued by the Clerk of Court for East Baton Rouge Parish on **27-JUL-2017.**

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: CHARLOTTE C MCGEHEE**

\*The following documents are attached:
PETITION FOR DAMAGES

---

### SERVICE INFORMATION:

Received on the _____ day of _____, 20 _____ and on the _____ day of _____, 20 _____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20 _____.

| | | |
|---|---|---|
| SERVICE: | $_____ | |
| MILEAGE | $_____ | _____ |
| TOTAL: | $_____ | Deputy Sheriff |
| | | Parish of East Baton Rouge |

CITATION - 2402


EBR4280525

2402-17-011614

# CITATION

REBECCA BELLUE
(Plaintiff)

vs.

**EAST BATON ROUGE SHERIFF ET AL**
(Defendant)

NUMBER  C659779 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   EAST BATON ROUGE SHERIFF
       THRU SID GEATREAUX
       8900 JIMMY WEDELL DR
       BATON ROUGE, LA 70807

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **27-JUL-2017.**

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: CHARLOTTE C MCGEHEE**

*The following documents are attached:
PETITION FOR DAMAGES

## SERVICE INFORMATION:

Received on the ___ day of _____, 20__ and on the ___ day of _____, 20__, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ___ day of _____, 20__

SERVICE:      $_____
MILEAGE:     $_____
TOTAL:        $_____

Deputy Sheriff
Parish of East Baton Rouge

**CITATION - 2402**

EBR412011B

EBR4280524

2402-17-011615

# CITATION

**REBECCA BELLUE**
(Plaintiff)

**vs.**

**EAST BATON ROUGE SHERIFF ET AL**
(Defendant)

NUMBER  C659779 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   OFFICE OF THE MAYOR
THRU MAYOR SHARON WESTON BROOM
222 ST LOUIS ST., 3RD FLOOR
BATON ROUGE, LA 70820

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **27-JUL-2017.**

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: CHARLOTTE C MCGEHEE**

*The following documents are attached:
PETITION FOR DAMAGES

**SERVICE INFORMATION:**

Received on the 31 day of July, 2017 and on the 31 day of July, 2017, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at 222 St Louis St.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:    $_____
MILEAGE   $_____
TOTAL:       $_____

Deputy Sheriff
Parish of East Baton Rouge

**CITATION - 2402**



EBR4280525

COST OK $ 325 ⁰⁰

REBECCA BELLUE                    NUMBER: 659779    SECTION: D

AUG 04 2017

VERSUS                            19th JUDICIAL DISTRICT COURT
                                  DEPUTY CLERK OF COURT

EAST BATON ROUGE SHERIFF, SID
GEAUTREAUX IN HIS OFFICIAL         PARISH OF EAST BATON ROUGE
CAPACITY AS SHERIFF, AND
CAPTAIN ELEANOR T. STEWART         STATE OF LOUISIANA

POSTED

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## FIRST SUPPLEMENTAL PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes REBECCA BELLUE who

supplements pursuant to La. C.C.P. art. 1151 without leave of court as no answer has been filed;

wherein the Plaintiff adopts *in toto* the original *Petition for Damages,* and supplements and

amends as follows:

1.

The original petition is amended to reflect that Mayor-President Sharon Weston Broome

is not a party to the action.

2.

The original petition is amended and supplemented to identify party defendant Captain

Eleanor T. Stewart; who is named as a party to the action.

3.

DEFENDANTS

Paragraph 4, naming Defendants, is supplemented to assert as follows: Captain Eleanor T.

Stewart is a major domiciled in Louisiana, and is named in an individual capacity and member of

the East Baton Rouge Parish Sheriff's Department.

4.

The original petition is amended to reflect the following facts regarding Captain Eleanor

T. Stewart:

5.

Captain Eleanor T. Stewart was the supervisor of Rebecca Bellue at all times pertinent

during Ms. Bellue's employment with the Sheriff's Office.

6.

On or about March 4, 2015, Ms. Bellue was informed that she was being transferred to the

Communications department and Captain Eleanor Stewart would be her supervisor.

7.                        REC'D C.P.

1                          AUG 08 2017.

Ms. Bellue was not given a date at this time as to when she would be permitted to return to her regular job.

8.

There were three African-American females and an African-American male who also started in the Communications Division at the same time as Ms. Bellue.

9.

The four African-American individuals who started in the Communications Division with Ms. Bellue were all given eight weeks of training prior to being placed on a shift for work.

10.

Ms. Bellue was not placed in the same training program as the four African-American individuals, did not receive any training prior to starting the new position, and was instead placed directly on a shift for work.

11.

Captain Stewart informed Ms. Bellue that she would receive training while on shift for work.

12.

On or about March 5, 2015, Ms. Bellue spoke with Lieutenant Tommy Cole to inform him of her transfer.

13.

Lieutenant Cole inquired as to why Ms. Bellue was being transferred, and she informed him that Captain Stewart told her that some shifts were short and people needed to be moved around as a result.

14.

Lieutenant Cole responded by informing Ms. Bellue that he was looking at her shift board and that all shifts were full.

15.

Lieutenant Cole sent Ms. Bellue a picture of the shift board showing that all shifts were full.

16.

Between two and three months after being transferred to the Communications Division, Ms. Bellue received training from Sergeant Pam Moran.

2

17.

Ms. Bellue received favorable evaluations from Sergeant Moran regarding her performance.

18.

At or around June 28, 2015, Ms. Bellue received a negative evaluation from Lieutenant Cole.

19.

At or around June 28, 2015, Ms. Bellue requested copies of the favorable reviews that she received from Sergeant Moran, but her request was denied.

20.

On or about June 28, 2015, Ms. Bellue met with Captain Stewart to discuss the disparity between the favorable review she received from Sergeant Moran and the negative review she received from Lieutenant Cole.

21.

In a letter to Major Anthony Ponton dated September 11, 2015, Captain Stewart requested that Ms. Bellue "be removed from Communications through transfer or termination."

22.

On or about September 22, 2015, Ms. Bellue was terminated from her employment with the Sheriff's Office.

23.

WHEREFORE, Plaintiff prays that Defendants be cited to appear and answer and that after resolution of this matter that this Court enter Judgment in favor of Plaintiff against defendants with legal interest from the date of demand as follows:

(1)    Lost back and front pay and all other lost employment benefits;

(2)    For emotional and mental distress, pain and suffering, humiliation, embarrassment and loss of employment opportunity;

(3)    Medical and pharmaceutical bills and services past, present and future;

(4)    All litigation expenses and penalty wages and punitive damages;

(5)    For attorney's fees and for costs as may be allowable by law;

(6)    For all property damage and expenses incurred in this matter;

(7)    For such other relief that the Court may deem just, equitable or proper.

3

24.

WHEREFORE, Plaintiff prays that this petition be served on all parties and that the original

petition be amended to reflect that Mayor Broom is not a party to the action.

RESPECTFULLY SUBMITTED BY:

_____
Charlotte C. McDaniel McGehee (26411)
Ryan M. Nolan (37244)
Charlotte C. McDaniel McGehee APLC
16851 Jefferson Highway, Ste. 6B
Baton Rouge, Louisiana. 70817
Telephone: (225) 389-6711
Fax: (225) 372 – 2607
Email: Charlotte@mcdanielmcgehee.com

**Please Serve:**

**Sheriff Sid Geautreaux**
8900 Jimmy Wedell Drive
Baton Rouge, LA. 70807

**Captain Eleanor T. Stewart via Personal Service**
The East Baton Rouge Parish Sheriff's Office
222 St. Louis St.
Baton Rouge, LA. 70802

**Mayor-President Sharon Weston Broome**
Office of the Mayor-President
222 St. Louis St.
Baton Rouge, LA. 70802



4

East Baton Rouge Parish Clerk of Court

2407-17-001211

# SUPPLEMENTAL AND AMENDING CITATION

**REBECCA BELLUE**
(Plaintiff)

vs.

**EAST BATON ROUGE SHERIFF ET AL**
(Defendant)

**NUMBER  C659779 Division D**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:   **OFFICE OF THE MAYOR PRESIDENT**
      **SHARON  WESTON BROOM**
      **222 ST LOUIS STREET,  3RD FLOOR**
      **BATON ROUGE, LA 70820**

The plaintiff has filed a Supplemental and Amended Petition; a certified copy is attached.

You must EITHER do what the Supplemental and Amended Petition asks OR, within at least ten (10) days you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

You may have longer than ten (10) days to respond, but ONLY IF you received this document within a certain legal time period:  DO NOT WAIT MORE THAN TEN (10) DAYS TO RESPOND without legal advice.  If you do not do what the Supplemental and Amended Petition asks or file your answer or other legal pleading, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for East Baton Rouge Parish, on **15-AUG-2017.**

_Deputy Clerk of Court for_
**Doug Welborn, Clerk of Court**

**Requesting Attorney: CHARLOTTE C MCGEHEE**

*Also attached are the following documents:
FIRST SUPPLEMENTAL PETITION FOR DAMAGES

**SERVICE INFORMATION:**
Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:**  On the party herein named at _____.

**DOMICILIARY SERVICE:**  On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:**  By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:   $_____
MILEAGE:   $_____        _____
TOTAL:     $_____               Deputy Sheriff
                              Parish of East Baton Rouge

**SUPPLEMENTAL AND AMENDING CITATION - 2407**

EBR4327852

2407-17-001212

# SUPPLEMENTAL AND AMENDING CITATION

**REBECCA BELLUE**
(Plaintiff)

**vs.**

**EAST BATON ROUGE SHERIFF ET AL**
(Defendant)

**NUMBER** C659779 Division D

**19ᵗʰ JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:**    **SHERIFF SID GEAUTREAUX**
**5900 JIMMY WEDELL DRIVE**
**BATON ROUGE, LA.  70807**

The plaintiff has filed a Supplemental and Amended Petition; a certified copy is attached.

You must EITHER do what the Supplemental and Amended Petition asks OR, within at least ten (10) days you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

You may have longer than ten (10) days to respond, but ONLY IF you received this document within a certain legal time period:  DO NOT WAIT MORE THAN TEN (10) DAYS TO RESPOND without legal advice.  If you do not do what the Supplemental and Amended Petition asks or file your answer or other legal pleading, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for East Baton Rouge Parish, on **15-AUG-2017**.

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: CHARLOTTE C MCGEHEE**

**\*Also attached are the following documents:**
FIRST SUPPLEMENTAL PETITION FOR DAMAGES

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:**  On the party herein named at _____.

**DOMICILIARY SERVICE:**  On the within named _____ by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:**  By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:**  Parish of East Baton Rouge, this ____ _____ day of _____, 20____.

SERVICE:       $_____
MILEAGE       $_____        _____
TOTAL:          $_____              Deputy Sheriff
                                                    Parish of East Baton Rouge

SUPPLEMENTAL AND AMENDING CITATION - 2407

**RECEIVED**
AUG 16 2017
EBR SHERIFF'S OFFICE



EBR4327858

1307-17-000003

216

# SUPPLEMENTAL AND AMENDING CITATION

**REBECCA BELLUE,**
(Plaintiff)

**NUMBER C659779 Division D**

**19ᵗʰ JUDICIAL DISTRICT COURT**

**vs.**

**PARISH OF EAST BATON ROUGE**

**EAST BATON ROUGE SHERIFF, ET AL**
(Defendant)

**STATE OF LOUISIANA**

TO:    **CAPTAIN ELEANOR T STEWART, PERSONAL SERVICE**
       **THE EAST BATON ROUGE PARISH SHERIFFS OFFICE**
       **222 ST. LOUIS ST.**
       **BATON ROUGE, LA.  70802**    COMMUNICATIONS

The plaintiff has filed a Supplemental and Amended Petition; a certified copy is attached.

You must EITHER do what the Supplemental and Amended Petition asks OR, within at least ten (10) days you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

You may have longer than ten (10) days to respond, but ONLY IF you received this document within a certain legal time period:  DO NOT WAIT MORE THAN TEN (10) DAYS TO RESPOND without legal advice.  If you do not do what the Supplemental and Amended Petition asks or file your answer or other legal pleading, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for East Baton Rouge Parish, on **17-AUG-2017.**

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

**Requesting Attorney: CHARLOTTE C MCGEHEE**

*Also attached are the following documents:

_____

**SERVICE INFORMATION:**
Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____, served on the above named party as follows:

**PERSONAL SERVICE:**  On the party herein named at _____

**DOMICILIARY SERVICE:**  On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:**  By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.
**SERVICE:**     $_____
**MILEAGE**     $_____

Deputy Sheriff    STATE COURT RECORD-000023

# MOTION AND ORDER FOR VOLUNTARY DISMISSAL OF MAYOR-PRESIDENT SHARON WESTON BROOME

# FILED 08/04/2017

# SIGNED 08/11/2017

# UNAVAILABLE

2407-17-001212

# SUPPLEMENTAL AND AMENDING CITATION

**REBECCA BELLUE**
(Plaintiff)

**vs.**

**EAST BATON ROUGE SHERIFF ET AL**
(Defendant)

**NUMBER** C659779 Division D

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:    **SHERIFF SID GEAUTREAUX**
       **5900 JIMMY WEDELL DRIVE**
       **BATON ROUGE, LA. 70807**

The plaintiff has filed a Supplemental and Amended Petition; a certified copy is attached.

You must EITHER do what the Supplemental and Amended Petition asks OR, within at least ten (10) days you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

You may have longer than ten (10) days to respond, but ONLY IF you received this document within a certain legal time period:  DO NOT WAIT MORE THAN TEN (10) DAYS TO RESPOND without legal advice.  If you do not do what the Supplemental and Amended Petition asks or file your answer or other legal pleading, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for East Baton Rouge Parish, on 15-AUG-2017.

_Deputy Clerk of Court for_
Doug Welborn, Clerk of Court

Requesting Attorney: **CHARLOTTE C MCGEHEE**

*Also attached are the following documents:
FIRST SUPPLEMENTAL PETITION FOR DAMAGES

**SERVICE INFORMATION:**
Received on the _____ day of _____, 20___ and on the _____ day of _____ 20___, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____ by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named; by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20___

SERVICE:    $ _____
MILEAGE:    $ _____
TOTAL:      $ _____

_____
Deputy Sheriff
Parish of East Baton Rouge

SUPPLEMENTAL AND AMENDING CITATION - 2407





EBR4327858

East Baton Rouge Parish Clerk of Court                                                                Page 1 of 1
2407-17-001211

# SUPPLEMENTAL AND AMENDING CITATION

**REBECCA BELLUE**
(Plaintiff)

**NUMBER  C659779 Division D**

vs.

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**EAST BATON ROUGE SHERIFF ET AL**
(Defendant)

**STATE OF LOUISIANA**

TO:    **OFFICE OF THE MAYOR PRESIDENT**
**SHARON  WESTON BROOM**
**222 ST LOUIS STREET, 3RD FLOOR**
**BATON ROUGE, LA 70820**

The plaintiff has filed a Supplemental and Amended Petition; a certified copy is attached.

You must EITHER do what the Supplemental and Amended Petition asks OR, within at least ten (10) days you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

You may have longer than ten (10) days to respond, but ONLY IF you received this document within a certain legal time period. DO NOT WAIT MORE THAN TEN (10) DAYS TO RESPOND without legal advice. If you do not do what the Supplemental and Amended Petition asks or file your answer or other legal pleading, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for East Baton Rouge Parish on 15-AUG-2017.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: CHARLOTTE C MCGEHEE

*Also attached are the following documents:
FIRST SUPPLEMENTAL PETITION FOR DAMAGES

**SERVICE INFORMATION:**
Received on the 17 day of Aug, 20 and on the 13 day of Aug, 20 17, served
on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at 222 St L Pnc

**DOMICILIARY SERVICE:** On the within named _____ by leaving the same at his domicile
in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____ 20 ___

SERVICE:     $_____
MILEAGE    $_____
TOTAL:      $_____

Deputy Sheriff
Parish of East Baton Rouge

SUPPLEMENTAL AND AMENDING CITATION - 2407



EBR4119662

EBR4327852

East Baton Rouge Parish Clerk of Court                                                    Page 1 of 1
1307-17-000003

# SUPPLEMENTAL AND AMENDING CITATION

REBECCA BELLUE,
(Plaintiff)

vs.

EAST BATON ROUGE SHERIFF, ET AL
(Defendant)

NUMBER  C659779 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    CAPTAIN ELEANOR T STEWART, PERSONAL SERVICE
       THE EAST BATON ROUGE PARISH SHERIFFS OFFICE
       222 ST. LOUIS ST.
       BATON ROUGE, LA.  70802

The plaintiff has filed a Supplemental and Amended Petition; a certified copy is attached.

You must EITHER do what the Supplemental and Amended Petition asks OR, within at least ten (10) days you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

You may have longer than ten (10) days to respond, but ONLY IF you received this document within a certain legal time period:  DO NOT WAIT MORE THAN TEN (10) DAYS TO RESPOND without legal advice.  If you do not do what the Supplemental and Amended Petition asks or file your answer or other legal pleading, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for East Baton Rouge Parish, on 17-AUG-2017

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: CHARLOTTE C MCGEHEE

*Also attached are the following documents:

---

Received on the 17 day of Aug, 20 17 and on the 17 day of Aug, 20 17, served on the above named party as follows:

SERVICE INFORMATION:

PERSONAL SERVICE: On the party herein named at 1340 to ~~E B R S O~~ Commo office

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this 17 day of Aug, 20 17
SERVICE:  $ _____
MILEAGE  $ _____          DY. HENRY CHANDLER
TOTAL:   $ _____          CELL # 400-2184
                                    Deputy Sheriff
                            Parish of East Baton Rouge

SUPPLEMENTAL AND AMENDING CITATION (FORM) - 1307



EBR4328278